UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BETTY JEAN MURPHY,                :

            Plaintiff,    :    CIVIL NO. 3:02CV2311(JBA)

  v.                              :

HEATH                             :

            Defendant.    :    May 26, 2004

### DEFENDANT'S MOTION FOR PERMISSION TO TAKE PLAINTIFF'S DEPOSITION

The defendant, "Unknown" Heath, Food Service Worker, moves pursuant to Federal Rule 30(a)(2) for leave of the Court to take the deposition of the plaintiff Betty Jean Murphy who is presently confined at a federal prison camp in Alderson, West Virginia. The Federal Bureau of Prisons has agreed to allow the deposition on June 15, 2004, via video teleconference at the Alderson Prison Camp where the plaintiff is presently confined. Thus, there will not be any inconvenience to the administration of the federal prison camp. Consequently, because the plaintiff has brought this civil rights suit against the defendant in his individual and official capacity, the plaintiff's deposition is required to adequately defend this action.

    For the reasons set forth above, the defendant respectfully requests leave of the Court to take the plaintiff's deposition.

```
                              Respectfully submitted,

                              DEFENDANT
                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY


                              DOUGLAS P. MORABITO
                              ASSISTANT U.S. ATTORNEY
                              157 CHURCH STREET
                              NEW HAVEN, CT
                              FEDERAL BAR NO. ct20962
```

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the within and foregoing was mailed, postage prepaid, via first-class mail this 26th day of May, 2004, to:

Betty Jean Murphy
Inmate # 15926057
Box A, Cottage 12
Federal Prison Camp
Alderson, WV 24910

```
                              DOUGLAS P. MORABITO
                              ASSISTANT UNITED STATES ATTORNEY
```