UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BETTY JEAN MURPHY : | |
| : | PRISONER |
| v. : | Case No. 3:02CV2311(JBA) |
| : | |
| HEATH : | |

### RULING AND ORDER

Defendant's motion for leave to depose plaintiff [dkt. #19] is GRANTED.

**SO ORDERED**.

Entered this ___8th____ day of June, 2004, at New Haven, Connecticut.

_____/s/_____
JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE