UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BETTY JEAN MURPHY

                                                                                                        PRISONER

v.                                        CIV. NO.   3:02cv2311(JBA)(JGM)

UNKNOWN HEATH,
FOOD SERVICE WORKER

## NOTICE TO PARTIES

    This file is maintained in **Bridgeport.**

    You should file all filings with the Office of the Clerk, United States District Court for the District of Connecticut at 915 Lafayette Boulevard, Bridgeport, CT 06604.

    You should include the prisoner designation over the case number on any document filed in this action.

    If you have inquiries regarding the status of your case, you should contact the Bridgeport Clerk's Office at (203) 579-5861.

    Dated this 16th day of June, 2004.

                                                                         BY ORDER OF THE COURT
                                                                        KEVIN F. ROWE, CLERK

                                          By:    /s/_____
                                                       Mary E. Larsen
                                                       Deputy Clerk