IN THE UNITED STATES DISRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT, CONNECTICUT  06604
Case No:  3:02cv2311(JBA)

BETTY JEAN MURPHY,                           PLAINTIFF

VS.

HEATH, ET. AL                                DEFENDANT

FILED
2004 JUN 22  P 4:24
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**********************************************

NOTICE TO COURT:

COMES NOW, BETTY JEAN MURPHY and gives Notice to this Court that certain matters of concern has taken place, since the June 8, 2004 ORDER~~n~~, that needs to be revisited. They are as follows:

1) It is Murphy's understanding that the Court has ORDERED the Clerk to locate a Pro Bono Attorney to represent the Plaintiff.

2) On or about June 1st, 2004, Dawn Zobel, Administrative Assistant for the Prison Camp Alderson, West Virginia, where Murphy is housed relied to Murphy she was scheduled for a Deposition June 15, 2004. Murphy then contacted the Court Clerk, to confirm the status of the appointed Attorney. On May 26, 2004, U.S. Attorney, Douglas P. Morabito, had unknowingly filed this Motion, for Permission to The Murphy's Deposition. Murphy received this several days after, having received "verbal notice from Zobel." After having, received a response from the Clerk, Larsen, advising she had not been "able to locate an Attorney to take the case", and that the "process would take time" Murphy concluded the Motion would be "stayed pending the Appointment of Counsel for her". Evidently it was not and the Counsel Flack, at Alderson advised I would be present at a Video Deposition at 9:30am on JUne 15, 2004. I did not receive any Notice that the Motion by the Government had been Granted on June 8, 2004, by this Court.

3) After making Mr. Morabito, aware of my situation and inquiring about an Attorney for myself, during this debriefing with he and the BOP Attorney present, Susan Leed. he agreed to review the Deposition with any appointed Attorney for redactions, should the Attorney find the Hearing was inappropriate and to allow me to Plea the Fifth on any

questioning deemed inappropriate or questionable to Murphy. He further agreed to provide copies of the Deposition to Murphy at Government expense. As such Murphy agreed and stipulated to the her request to have an Attorney present, and went forward with the Deposition.

4) Mr. Morabito, contended he was unclear of the courts ORDER, and suggested that the Courts ORDER, did not explictly direct the court Clerk to locate and Attorney, but only "to attempt to do so". This was not MUrphy's understanding of the ORDER.

5) If the U.S Attorneys statements are inconsistent with this Courts intent, and an Attorney has not been assigned Murphy seeks to "hold this Deposition in abeyence, until this Courts ruling and sustain the Government from Compelling any other actions until Murphy can consult with Counsel.

For these and all other reasons this court deems just and proper, Murphy seeks the Courts directive,

Respectfully Submitted,

*Betty Jean Murphy*

Betty Jean Murphy, PRO SE
#15926-057
Federal Prison Camp
Box A, Range 4
Alderson, W. VA. 24910
Dated: June 18  2004.

CERTIFICATE OF SERVICE

This is to certify, I Betty Jean Murphy, do hearby declare I deposited into the United States Postal Service as provided for Prisoners at FPC Alderson West Virginia a true and accurate copy of the enclosed Notice to the Court, addressed :

        Douglas P. Morabito
        Assistant United States Attorney
        157 Chruch Street
        New Haven, Connecticut

On this the 18th day of June 2004.

Sworn and Subscribed by :

*Betty Jean Murphy*
Betty Jean Murphy, Affiant

Dated:  June 18, 2004.