UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BETTY JEAN MURPHY, | : | |
| | | PRISONER |
| Plaintiff, | : | CIVIL NO. 3:02CV2311(JBA)(JGM) |
| v. | : | |
| HEATH | : | |
| Defendant. | : | July 16, 2004 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the defendant, "Unknown" Heath, Food Service Worker, hereby requests that the Court grant an initial extension of time of sixty (60) days, from August 9, 2004, up to and including October 8, 2004, to file a motion for summary judgment.

The request for an extension of time to file a motion for summary judgment is on the grounds that additional time is needed to confer with agency counsel and agency investigative staff regarding the filing of the motion for summary judgment. The defendant submits that based on the foregoing good cause exists for the granting of this motion.

This is the first motion to extend the deadline for filing a motion for summary judgment. Because the plaintiff is presently incarcerated, the defendant cannot ascertain her position as to the instant motion for extension of time.

          Respectfully submitted,

          DEFENDANT
          KEVIN J. O'CONNOR
          UNITED STATES ATTORNEY


          DOUGLAS P. MORABITO
          ASSISTANT U.S. ATTORNEY
          157 CHURCH STREET
          NEW HAVEN, CT
          FEDERAL BAR NO. ct20962

### **CERTIFICATION OF SERVICE**

  I hereby certify that a copy of the within and foregoing was mailed, postage prepaid, via first-class mail this 16th day of July, 2004, to:

Betty Jean Murphy
Inmate # 15926057
Box A, Cottage 12
Federal Prison Camp
Alderson, WV 24910


          DOUGLAS P. MORABITO
          ASSISTANT UNITED STATES ATTORNEY