UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BETTY JEAN MURPHY                    :
                                     :          PRISONER
        v.                           :      Case No.  3:02CV2311(JBA)
                                     :
HEATH                                :

### RULING AND ORDER

Defendant's motion for extension of time until October 8, 2004, to file a motion

for summary judgment **[dkt. #23]** is **GRANTED**.

In response to plaintiff's Notice to Court [dkt. #22], plaintiff is advised that the

Clerk has been directed to attempt to locate pro bono counsel.  Although the Clerk will

make diligent efforts to locate pro bono counsel, there is no guarantee that counsel will

be found.  During this process, the case will not be stayed and plaintiff is not relieved of

her obligation to prosecute this case.

**SO ORDERED**.

Entered this 2(th day of July, 2004, at New Haven, Connecticut.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE