IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
CIVIL NO:  3:02CV2311 (JBA)(JGM)

BETTY JEAN MURPHY                    PLAINTIFF

                    vs.

HEATH                                DEFENDANT (s)
UNITED STATES OF AMERICA


        ***************************

    COMES NOW,  BETTY JEAN MURPHY and MOVES

this Honorable for for a leave and extension of time

to be heard on this motion Nunc Pro Tunc Discovery.

In support thereof the Plaintiff deposes and says:


1.  I am the Plaintiff in this matter. It has just

come to my attention that although the court ruled

that a Pro Bono Attorney would be assigned to this

case,  Murphy is unknowlegable in law or skilled to

represent herself, against the Big United States of

America.  Thus she was dependant upon the Clerk to

locate representation for her before proceeding furhter.


2.  After the Governments Deposition, she was advised

that the Court's Order was miscontrued and that, any

assignment of Attorney was questionable. This court

affirmed that in it's most recent ORDER, sometime

after the Discovery time frame.

As such, it has now become necessary to petition the

court for Nunc Pro Tunc Discovery.

Page 2

For these and all other reasons this court deems just
and appropriate,  Murphy seeks this Courts ORDER GRANTING
her Motion for relief.
Furtherth the Plaintiff sayeth naughth:

Respectfully Submitted,

*Betty Jean Murphy*

Betty Jean Murphy, Pro Se
#15926-057
Box A, Range #4
Federal Prison Camp
Alderson, W.V 24910
Dated:  August 08, 2004

See:  <u>Ruling and Order dated July 26, 2004</u>

CERTIFICATE OF SERVICE

I, Betty Jean Murphy do hereby, declare that I, deposited
into the United States Postal Service, at Alderson
West Virginia a true and correct copy of the enclosed
Motion addressed:  Defendant

                    Kevin J. O'Conner
                    United States Attorney

                    Douglas P. Morabito
                    Assistant U.S. Attorney
                    157 Chruch Street
                    New Haven, Ct. 06510

On this the 08 day of August 2004

*Betty Jean Murphy* Affiant
Betty Jean Murphy, Pro Se
Pending assignment of Counsel