IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT, CONNECTICUT  06510

*FILED*

CASE NUMBER :  3-02-CV- 2311 (JBA(JGM)

2004 OCT -7 P 4: 21

BETTY JEAN MURPHY VS. HEATH

U.S. DISTRICT COURT

PLAINTIFFS MOTION FOR LEAVE OF COURT AND EXTENSION
OF TIME TO FILE MOTION AND OBJECTION TO DEFENDANTS
MOTION FOR SUMMARY JUDGEMENT

***********************

                    COMES NOW, BETTY JEAN MURPHY , pro se and without the appointment
of counsel, contrary to this Courts ORDER directing the Clerk to locate a Pro Bono
Attorney, appealing the Motion for Summary Judgement filed by the Defendant in this
matter.

In support therof, Murphy deposes and says:

1- The defendants in this matter has the benefit of Murphy's deposition which was uncounselled
   and unskilled.

2- They have not made any showing to warrant their Motion for Summary Judgement.

3- The Court has not ruled on the Discovery filed by the Plaintiff in this matter.

4- No counsel has been assigned to act in Murphy's behalf.

5- The defendants are acting in BAD FAITH.

6- Heath is guilty of the allegations against him, and has violated Eighth Amendment
   Rights to the Constitutional and a full blown trial is needed.

As such Murphy objects to the Motion for Summary Judgement.

                    Respectfully Submitted,

                    Betty Jean Murphy , Pro Se
                    #15926-057
                    Post Office Box, A
                    Federal Prison Camp
                    Alderson, West Virginia 24910
Dated: Sept 30                    2004
                    CERTIFICATE OF SERVICE
This is to certify I deposited into the U.S. Postal Service at Alderson, West Virginia
a true and correct copy of t eh enclosed, document addressed.
                    Douglas P. Moraluto
                    Assistant U.S. Attorney
                    157 CHruch Street
                    New Haven, Conn, 06510
On this the        30        Day of  September 2004

                    Affiant