UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BETTY JEAN MURPHY, | : | |
| Plaintiff, | : | CIVIL NO. 3:02CV2311(JBA) |
| v. | : | |
| HEATH | : | |
| Defendant. | : | OCTOBER 6, 2004 |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The defendant, David Heath, Food Service Worker, moves pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Local Rules of Civil Procedure for summary judgment on the plaintiff's Eighth Amendment claim. The defendant, United States of America, also moves for summary judgment on the plaintiff's Federal Tort Claims Act, 28 U.S.C. § 2671, et seq. ("FTCA") claim. In addition, the defendant, David Heath, is entitled to qualified immunity as a matter of law.

For the reasons set forth more fully in the accompanying memorandum of law, this motion should be granted.

                        Respectfully submitted,

                        DEFENDANT
                        KEVIN J. O'CONNOR
                        UNITED STATES ATTORNEY

                        DOUGLAS P. MORABITO
                        ASSISTANT U.S. ATTORNEY
                        157 CHURCH STREET
                        NEW HAVEN, CT
                        FEDERAL BAR NO. ct20962

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the within and foregoing was mailed, postage prepaid, via first-class mail this 6th day of October, 2004, to:

Betty Jean Murphy
Inmate # 15926057
Box A, Cottage 12
Federal Prison Camp
Alderson, WV 24910

```
                              DOUGLAS P. MORABITO
                              ASSISTANT UNITED STATES ATTORNEY
```