UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BETTY JEAN MURPHY, | : | |
| Plaintiff, | : | CIVIL NO. 3:02CV2311(JBA) |
| v. | : | |
| HEATH | : | |
| Defendant. | : | OCTOBER 6, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that the defendants have manually filed Exhibit A[1] attached to Local Rule 56(a)1 Statement because it contains information regarding the plaintiff's medical records.

These documents have been manually filed because the electronic file size of the documents exceed 1.5 megabytes.

The documents have been manually served on all parties.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR NO. ct20962

---

[1] The defendants have filed a copy because to date the original affidavit has not been received by the undersigned. Once it is received it will be filed with the Court.