UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 OCT 25  A 11: 30

U.S. DISTRICT COURT
NEW HAVEN, CT

BETTY JEAN MURPHY  :
: PRISONER
v.  : Case No. 3:02cv2311
:
HEATH  :

RULING AND ORDER

Plaintiff states that she was unaware, until she received the Court's July 27, 2004 ruling, that she continued to be responsible for prosecuting her case while the court attempted to find pro bono counsel. She seeks an extension of time to conduct discovery in this case.

Plaintiff's Motion [doc. #25] is GRANTED. Plaintiff is afforded an extension of time to and including 12/15/04 to conduct additional discovery in this case. In light of the expansion of the discovery period, the time for filing a motion for summary judgment will be extended to and including 1/15/05.

IT IS SO ORDERED.

_____
Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: October __, 2004