UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 NOV -8  P 2: 46

BETTY JEAN MURPHY          :
                           :   PRISONER
v.                         :   Case No. 3:02cv2311 (JBA)
                           :
HEATH                      :

U.S. DISTRICT COURT
NEW HAVEN, CT

## RULING AND ORDER

Plaintiff seeks an extension of time to respond to defendants' motion for summary judgment, filed October 123, 2004. Plaintiff's motion [doc. #26] is GRANTED. Plaintiff shall file her opposition on or before December 3, 2004.

IT IS SO ORDERED.

_____
Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: November 8, 2004