UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BETTY JEAN MURPHY, | : | PRISONER |
| Plaintiff, | : | CIVIL NO. 3:02CV2311(JBA)(JGM) |
| v. | : | |
| HEATH | : | |
| Defendant. | : | December 20, 2004 |

**RESPONSE TO PLAINTIFF'S MOTION FOR DISCOVERY**

The defendant, Heath, Food Service Worker, files the instant response to the plaintiff, Betty Jean Murphy's, motion for discovery. For the reasons set forth below, the defendant respectfully requests that the plaintiff's motion be denied.

On October 13, 2004, the defendant filed a motion for summary judgment as to all of the plaintiff's claims. On October 25, the Court extended the discovery deadline to December 15, 2004. However, on November 1, 2004, the plaintiff filed her opposition to the defendant's motion for summary judgment. As such, the matter is fully briefed and thus is ready for a decision from the Court. Accordingly, the plaintiff's motion for discovery should be denied. In the alternative, the defendant respectfully requests thirty days from the date of the Court's ruling to respond or otherwise object to the plaintiff's discovery requests.

Respectfully submitted,

DEFENDANT
KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*Douglas P. Morabito*

DOUGLAS P. MORABITO
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT
FEDERAL BAR NO. ct20962

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the within and foregoing was mailed, postage prepaid, via first-class mail this 20th day of December, 2004, to:

Betty Jean Murphy
Inmate # 15926057
Box A, Cottage 12
Federal Prison Camp
Alderson, WV 24910

*Douglas P. Morabito*

DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY