UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC 27 P 2: 40
U.S. DISTRICT COURT
BRIDGEPORT, CONN

BETTY JEAN MURPHY

v.                              : Case No. 3:02CV2311(JBA)

HEATH

## RULING AND ORDER

Plaintiff has filed a motion seeking discovery from defendant. Rule 5(e), D. Conn. L. Civ. R., provides that discovery requests are not filed with the court unless the court has issued a specific order. No such order has been issued in this case. Accordingly, plaintiff's discovery request [**doc. #32**] is **DENIED** without prejudice. Plaintiff is directed to serve her discovery requests on defendant's counsel.

    **SO ORDERED** this 22d day of December, 2004, at New Haven, Connecticut.

                                    Janet Bond Arterton
                                    United States District Judge