UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 DEC 27  P 2: 44

U.S. DISTRICT COURT
BRIDGEPORT, CONN

BETTY JEAN MURPHY               :
                                :    PRISONER
v.                              :    Case No. 3:02cv2311 (JBA)
                                :
HEATH                           :

## RULING AND ORDER

Plaintiff has filed a motion for extension of time to respond to defendant's motion for summary judgment. On November 1, 2004, she filed a memorandum in opposition to defendant's motion. In the memorandum and in this motion, however, plaintiff states that she was not yet completed discovery.[1]

On October 25, 2004, the court ordered that the discovery deadline be extended until December 15, 2004, and the dispositive motion deadline be extended until January 15, 2005. Although defendant has filed his motion for summary judgment, the court will afford plaintiff until January 15, 2005 to file her response. This extension will afford plaintiff thirty days after the conclusion of discovery to submit her response.

---

[1] In her motion, plaintiff states that the court has not ruled on her discovery motions. A review of the docket reveals no pending motions relating to discovery.

Plaintiff's motion [doc. #26] is GRANTED. Plaintiff shall file her opposition on or before **January 15, 2004**.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: December 28, 2004