# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**PRO BONO APPEARANCE**

Betty Jean Murphy

V

Heath, et al

CASE NUMBER: 3:02 CV2311(JBA)

To the Clerk of this court and all parties of record:

Enter my appearance as Pro Bono Counsel in this case for:  Betty Jean Murphy

1-11-2005
_____
Date

_____
Signature

ct13320
_____
Connecticut Federal Bar Number

Print or Type Name   Raymond J. Rigat

860-669-3273
_____
Telephone Number

Gilbride & Rigat
_____
Firm Name

23 East Main St
_____
Address

Clinton, cT   06413
_____
City            State      Zip Code

**CERTIFICATE OF SERVICE**

This is to certify that copies of this appearance have been mailed/handed on this date to counsel of record as listed below:

Douglas Morabito, Esquire
US Attorneys Office
157 Church St, 23rd floor
New Haven, CT   06510

_____
Signature  Raymond J. Rigat

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)