UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MURPHY                          :

v.                              :    NO. 3:02cv2311 (JBA)

HEATH                           :


ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer

Margolis for the following purpose(s):


- Ruling on all pretrial motions except dispositive
  motions:


- Supervise discovery and resolve discovery disputes:


- Ruling/Hearing:


✔    - Settlement conference: *To be held no earlier than 3/11/05.*


- Other:


IT IS SO ORDERED.


_____/s/_____
Janet Bond Arterton, U.S.D.J.


Dated at New Haven, Connecticut: February 14, 2005