```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

BETTY JEAN MURPHY,                    :

       Plaintiff,               :     CIVIL NO. 3:02CV2311(JBA)

  v.                                  :

HEATH                                 :

       Defendant.               :     MARCH 11, 2005

In accordance with the provisions of Title 28, U.S.C. § 636(c), the defendants, David Heath and the United States of America, hereby voluntarily waive their right to proceed before a judge of the United States District Court and consent to having a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order of the entry of a final judgment.

                                              Respectfully submitted,
                                              KEVIN J. O'CONNOR
                                              UNITED STATES ATTORNEY


                                              DOUGLAS P. MORABITO
                                              ASSISTANT UNITED STATES ATTORNEY
                                              P.O. BOX 1824
                                              NEW HAVEN, CT  06508
                                              (203) 821-3700
                                              FEDERAL BAR NO. ct20962

**CERTIFICATION OF SERVICE**

    I hereby certify that a copy of the within and foregoing was mailed, postage prepaid, via first-class mail this 11th day of March, 2005, to:

Raymond J. Rigat, Esq.
Gilbride & Rigat
23 E. Main Street
Clinton, CT 06413

                              DOUGLAS P. MORABITO
                              ASSISTANT UNITED STATES ATTORNEY