## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASON BOONE, | : | |
| Plaintiff, | : | |
| V. | : | CASE NO. |
| | : | 3:01-CV-01446-SRU |
| CAPTAIN WILLIAM FANEUFF | : | |
| Defendant. | : | APRIL 13, 2005 |

### MOTION FOR PRODUCTION OF DOCUMENTS

The Plaintiff, pursuant Fed. R. Civ. Proc. Rule 34, requests the Defendant produce any and all documents, reports, and correspondence in his possession and control relative to:

(1) Plaintiff's incarceration at the Northern Correctional Institution;

(2) The Plaintiff's medical records held by the Department of Corrections;

(3) The Plaintiff's Judgment Mittimus for the relative time period; AND

(2) The alleged incidents referenced in the Amended Complaint.

The Plaintiff respectfully requests the Defendants to produce documents within 120 days of April 13, 2005, at 23 East Main Street, Clinton, Connecticut in order that the Plaintiff may photocopy same.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

By:_____
Raymond J. Rigat, Esq.
Gilbride & Rigat
23 East Main Street

                                  Clinton, Connecticut  06413
                                  Tel.: (860) 669-3273
                                  Fax: (860) 669-3495
                                  e-mail: raymondjrigat@sbcglobal.net
                                  Federal Bar No.:  ct13320

## **CERTIFICATION**

      I hereby certify that a copy of the forgoing "Motion to Produce Documents" was sent, regular U.S. mail, on this 13th day of March, 2005, to the following:

Attorney Terrance M. O'Neill
Attorney General's Office
110 Sherman Street
Hartford, CT  06105

                                                _____
                                                Raymond J. Rigat, Esq.