**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**MURPHY**                              :

**v.**                                  :   NO. 3:02cv2311(JBA)

**HEATH**                               :

**ENDORSEMENT ORDER [DOC. #43]**

Motion for Approval of Litigation Expenses [doc. #43] is GRANTED.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **April 22, 2005**