UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BETTY JEAN MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV No. 3:02CV2311(JGM) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | June 10, 2005 |

STIPULATION OF DISMISSAL

Pursuant Rule 41(b) of the Federal Rules of Civil Procedure, it is hereby stipulated by the parties that the above-captioned cause of action, previously reported to be settled on May 11, 2005, may now be dismissed with prejudice with each party to bear its own costs and attorney's fees.

Executed this 10th day of June, 2005.

_____    _____
Raymond J. Rigat, Esq.
Gilbride & Rigat                   Douglas P. Morabito
23 East Main Street            Assistant United States Attorney
Clinton, CT 06413               157 Church Street
Federal Bar Number ct13320   P.O. Box 1824
                                           New Haven, CT 06510
                                           Telephone: (203) 821-3700
                                           Fax:   (203) 773-5376
                                           Federal Bar Number ct20962